IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 13 |
| | : | |
| MATTHEW LUPICO, | : | |
| | : | DOCKET NO.: 5:18-bk-03224-JJT |
|           DEBTOR | : | |
| | : | |
| COMMONWEALTH OF PENNSYLVANIA | : | OBJECTION TO PLAN |
| DEPARTMENT OF REVENUE, | : | |
| | : | |
|           MOVANT | : | 341 MEETING DATE & TIME: |
| | : | SEPTEMBER 18, 2018, at 10:00 A.M. |
| v. | : | |
| | : | |
| MATTHEW LUPICO, | : | |
| | : | RELATED TO DOCKET NO.: <u>15</u> |
|           RESPONDENT | : | |

CERTIFICATE OF SERVICE FOR PENNSYLVANIA
DEPARTMENT OF REVENUE'S OBJECTION TO
DEBTOR'S CHAPTER 13 PLAN

      I, Joseph J. Swartz, certify under penalty of perjury that I served the above captioned pleading Objection to Debtor's Chapter 13 Plan, on the parties at the below addresses, on August 29, 2018, by:

**5:18-bk-03224-JJT Notice will be electronically mailed to:**

Jerome B. Blank at pamb@fedphe.com

Charles J. DeHart, III at dehartstaff@pamd13trustee.com, TWecf@pamd13trustee.com

Mario John Hanyon at pamb@fedphe.com

Jason Paul Provinzano at MyLawyer@JPPLaw.com, G17727@notify.cincompass.com

Joseph J. Swartz at RA-occbankruptcy2@state.pa.us, RA-occbankruptcy6@state.pa.us

United States Trustee at USTPRegion03.ha.ecf@usdoj.gov

James Warmsbrodt at bkgroup@kmllawgroup.com

**5:18-bk-03224-JJT Notice will not be electronically mailed to:**

PRA Receivables Management, LLC
P.O. Box 41021
Norfolk, VA  23541


EXECUTED ON:  August 30, 2018

                                              Respectfully submitted by,


By:    /s/ Joseph J. Swartz
         Counsel
         PA Department of Revenue
         Office of Chief Counsel
         P.O. Box 281061
         Harrisburg, PA 17128-1061
         PA Attorney I.D.:  309233
         Phone: (717) 346-4645
         Facsimile: (717) 772-1459
         JoseSwartz@pa.gov