```
In re:                                                    Case No. 18-03224-JJT
Matthew Lupico                                            Chapter 13
          Debtor
```

# CERTIFICATE OF NOTICE

```
District/off: 0314-5          User: LyndseyPr        Page 1 of 1          Date Rcvd: Sep 19, 2018
                             Form ID: ntcnfhrg       Total Noticed: 18
```

```
Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 21, 2018.
db              Matthew Lupico,   221 Coolbaugh Mountain Rd,   Falls, PA 18615-7798
5091332         Barclays Bank Delaware,   PO Box 8803,   Wilmington, DE 19899-8803
5091333         Cardworks/spruce/viewt,   2600 Westown Pkwy,   West Des Moines, IA 50266-7301
5091331         Law Offices of Jason P Provinzano LLC,   16 W Northampton St,   Wilkes Barre, PA 18701-1708
5091330         Lupico Matthew,   221 Coolbaugh Mountain Rd,   Falls, PA 18615-7798
5091338         Santander Consumer USA,   PO Box 961245,   Fort Worth, TX 76161-0244
5099407        +Santander Consumer USA Inc.,   P.O. Box 560284,   Dallas, TX 75356-0284
5091340         Thd/Cbna,   PO Box 6497,   Sioux Falls, SD 57117-6497
```

```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
5091334         E-mail/Text: kzoepfel@credit-control.com Sep 19 2018 19:14:59     Central Loan Admin & R,
                 425 Phillips Blvd,   Ewing, NJ 08618-1430
5091335         E-mail/Text: electronicbkydocs@nelnet.net Sep 19 2018 19:15:00     Dept of Education/Neln,
                 121 S 13th St,   Lincoln, NE 68508-1904
5105507         E-mail/Text: camanagement@mtb.com Sep 19 2018 19:14:35     M&T Bank,   PO Box 840,
                 Buffalo, NY 14240
5091336         E-mail/Text: camanagement@mtb.com Sep 19 2018 19:14:35     M & T Bank,   1 Fountain Plz,
                 Buffalo, NY 14203-1420
5109149         E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Sep 19 2018 19:19:22
                 Portfolio Recovery Associates, LLC,   POB 12914,   Norfolk VA 23541
5091930        +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Sep 19 2018 19:18:37
                 PRA Receivables Management, LLC,   PO Box 41021,   Norfolk, VA 23541-1021
5094306         E-mail/Text: RVSVCBICNOTICE1@state.pa.us Sep 19 2018 19:14:50
                 Pennsylvania Department of Revenue,   Bankruptcy Division P O Box 280946,
                 Harrisburg PA 17128-0946
5091337         E-mail/Text: bkrgenericopenfed.org Sep 19 2018 19:14:24     Pentagon Federal Cr Un,
                 PO Box 1432,   Alexandria, VA 22313-1432
5091339         E-mail/PDF: gecsedi@recoverycorp.com Sep 19 2018 19:18:31     Syncb/Care Credit,   C/o,
                 PO Box 965036,   Orlando, FL 32896-5036
5095778        +E-mail/Text: electronicbkydocs@nelnet.net Sep 19 2018 19:15:00
                 US Department of Education c/o Nelnet,   121 South 13th Street, Suite 201,
                 Lincoln, NE 68508-1911
                                                                                 TOTAL: 10
```

```
             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr*            +PRA Receivables Management, LLC,   PO Box 41021,   Norfolk, VA 23541-1021
                                                                    TOTALS: 0, * 1, ## 0
```

```
Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 21, 2018                    Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on September 19, 2018 at the address(es) listed below:
         Charles J DeHart, III (Trustee)   dehartstaff@pamd13trustee.com,  TWecf@pamd13trustee.com
         James Warmbrodt   on behalf of Creditor  M&T BANK bkgroup@kmllawgroup.com
         Jason Paul Provinzano   on behalf of Debtor 1 Matthew  Lupico MyLawyer@JPPLaw.com,
         G17727@notify.cincompass.com
         Jerome B Blank   on behalf of Creditor  MORTGAGE RESEARCH CENTER, Et.al. pamb@fedphe.com
         Joseph J. Swartz   on behalf of Creditor  PA Dept of Revenue RA-occbankruptcy2@state.pa.us,
         RA-occbankruptcy6@state.pa.us
         Mario John Hanyon   on behalf of Creditor  MORTGAGE RESEARCH CENTER, LLC ET. AL. pamb@fedphe.com
         United States Trustee   ustpregion03.ha.ecf@usdoj.gov
                                                                          TOTAL: 7
```

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re:

Matthew Lupico,
      **Debtor 1**

Chapter      13

Case No.     5:18–bk–03224–JJT

## Notice

The confirmation hearing has been scheduled for Debtor 1 on the date indicated below.

A deadline of **October 30, 2018** has been set for objections to confirmation of the Plan. Any objections to confirmation of the Plan will be heard at this hearing. Counsel should be prepared to proceed with said hearing on any unresolved objections to the Plan at this time.

| United States Bankruptcy Court Courtroom #2, Max Rosenn US Courthouse, 197 South Main Street, Wilkes–Barre, PA 18701 | Date: November 6, 2018 <br><br> Time: 09:30 AM |
| --- | --- |

A copy of the Plan can be obtained by accessing the case docket through PACER, or from the Bankruptcy Clerk's Office at the address listed below during normal business hours.

Initial requests for a continuance of hearing ( *L.B.F. 9013–3, Request to Continue Hearing/Trial with Concurrence*) shall be filed with the Court. Requests received by the Court within twenty–four (24) hours of the hearing will not be considered except in emergency situations. Additional requests for continuance must be filed as a Motion.

Requests to participate in a hearing telephonically shall be made in accordance with L.B.R. 9074–1(a).

Electronic equipment, including cell phones, pagers, laptops, etc., will be inspected upon entering the Courthouse. These devices may be used in common areas and should be turned to silent operation upon entering the Courtroom and Chambers.

Photo identification is required upon entering the Courthouse.

| **Address of the Bankruptcy Clerk's Office:** <br> U.S. Bankruptcy Court <br> 274 Max Rosenn U.S. Courthouse <br> 197 South Main Street <br> Wilkes–Barre, PA 18701 <br> (570) 831–2500 | **For the Court:** <br> Terrence S. Miller <br> Clerk of the Bankruptcy Court: <br> By: LyndseyPrice, Deputy Clerk |
| --- | --- |
| Hours Open: Monday – Friday 9:00 AM – 4:00 PM | Date: September 19, 2018 |

ntcnfhrg (03/18)