```
                         United States Bankruptcy Court
                         Middle District of Pennsylvania
```

In re:                                                          Case No. 18-03224-JJT
Matthew Lupico                                                  Chapter 13
          Debtor

## CERTIFICATE OF NOTICE

District/off: 0314-5           User: LyndseyPr            Page 1 of 1            Date Rcvd: Nov 19, 2018
                               Form ID: trc               Total Noticed: 0

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Nov 21, 2018.
  NO NOTICES MAILED.

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                              TOTAL: 0
                ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
5117693           MORTGAGE RESEARCH CENTER, LLC,    D/B/A VETERANS UNITED HOME LOANS,,
                  A MISSOURI LIMITED LIABILITY COMPANY
                                                                                      TOTALS: 1, * 0, ## 0

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 21, 2018                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on November 16, 2018 at the address(es) listed below:
              Charles J DeHart, III (Trustee)    dehartstaff@pamd13trustee.com, TWecf@pamd13trustee.com
              James Warmbrodt    on behalf of Creditor   M&T BANK bkgroup@kmllawgroup.com
              Jason Paul Provinzano    on behalf of Debtor 1 Matthew  Lupico MyLawyer@JPPLaw.com,
               G17727@notify.cincompass.com
              Jerome B Blank    on behalf of Creditor    MORTGAGE RESEARCH CENTER, Et.al. pamb@fedphe.com
              Joseph J. Swartz    on behalf of Creditor    PA Dept of Revenue RA-occbankruptcy2@state.pa.us,
               RA-occbankruptcy6@state.pa.us
              Mario John Hanyon    on behalf of Creditor    MORTGAGE RESEARCH CENTER, LLC ET. AL. pamb@fedphe.com
              Thomas Song    on behalf of Creditor    PennyMac Loan Services, LLC pamb@fedphe.com
              United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                                               TOTAL: 8

2100 B (12/15)

# United States Bankruptcy Court

Middle District of Pennsylvania
Case No. 5:18-bk-03224-JJT
Chapter 13

In re: Debtor(s) (including Name and Address)

Matthew Lupico
221 Coolbaugh Mountain Rd
Falls PA 18615-7798

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

The Claim No(s). listed below was/were filed or deemed filed under 11 U.S.C. § 1111(a) in this case by the alleged transferor. As evidence of the transfer of that claim, the transferee filed a Transfer of Claim Other than for Security in the clerk's office of this court on 11/16/2018.

| Name and Address of Alleged Transferor(s): | Name and Address of Transferee: |
|---|---|
| Claim No. 9: MORTGAGE RESEARCH CENTER, LLC, D/B/A VETERANS UNITED HOME LOANS,, A MISSOURI LIMITED LIABILITY COMPANY | PennyMac Loan Services, LLC<br>P.O. Box 660929<br>Dallas, TX 75266-0929<br>PennyMac Loan Services, LLC<br>P.O. Box 660929<br>Dallas, TX 75266-0929 |

## -- DEADLINE TO OBJECT TO TRANSFER --

The alleged transferor(s) of the claim is hereby notified that objections must be filed with the court within twenty-one (21) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date: 11/21/18

Terrence S. Miller
**CLERK OF THE COURT**