Certificate Number: 17572-PAM-DE-036621595

Bankruptcy Case Number: 18-03224



17572-PAM-DE-036621595

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on June 16, 2022, at 11:03 o'clock AM PDT, Matthew Lupico completed a course on personal financial management given by internet by Dollar Learning Foundation, Inc., a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Middle District of Pennsylvania.

Date: June 16, 2022    By: /s/Judy Alexander

Name: Judy Alexander

Title: Counselor