# UNITED STATES BANKRUPTCY COURT
# MIDDLE DISTRICT OF PENNSYLVANIA

Re:

MATTHEW LUPICO                               Case No.: 5-18-03224-MJC
                                             Chapter 13

    Debtor(s)

## NOTICE OF FINAL CURE PAYMENT

Pursuant to the Fed. Bankr. Rule 3002.1(f), the Trustee gives Notice that the amount required to cure the pre-petition default in the below claim has been paid in full and the Debtor(s) have completed all payments under the plan.

**PART 1:**      **MORTGAGE INFORMATION**
Creditor Name: PENNYMAC LOAN SERVICES, LLC
Court Claim Number: 09
Last Four of Loan Number: 221 Coolbaugh Mt Rd - PRE-ARREARS - 0667
Property Address if applicable: 221 COOLBAUGH MOUNTAIN RD, , FALLS, PA18615-7798

**PART 2:**      **CURE AMOUNT**
TOTAL CURE DISBURSEMENT MADE BY THE TRUSTEE

a. Allowed prepetition arrearages:      $452.74
b. Prepetition arrearages paid by the Trustee:      $452.74
c. Amount of postpetition fees, expenses, and charges recoverable Under Bankruptcy Rule 3002.1(c):      $0.00
d. Amount of postpetition fees, expenses, and charges recoverable Under Bankruptcy Rule 3002.1(c) and paid by the Trustee:      $0.00
e. Allowed postpetition arrearage:      $0.00
f. Postpetition arrearages paid by the Trustee:      $0.00
g. Total b, d, f:      $452.74

**PART 3:**      **POST PETITION MORTGAGE PAYMENT**
Paid direct by the Debtor(s)
Current Monthly Mortgage Payment: $0.00
Next postpetition payment due:
If known, Principal Balance Outstanding: UNKNOWN

**PART 4:**      **A RESPONSE IS REQUIRED BY BANKRUPTCY RULE 3002.1(g)**

Within 21 days of the service of this Notice, the creditor must file and serve same on debtor, debtor's counsel and trustee, pursuant to Fed. Bankr. Rule 3002.1(g), a statement indicating whether it agrees that the debtor has paid in full the amount required to cure the default, has paid all outstanding post-petition fees, costs or escrow amounts due, and whether, consistent with §1322(b)(5) of the Bankruptcy Code, the debtor is current on all post-petition payments as of the date of this Notice or be subject to further action of the court including possible sanctions.

To assist in reconciling the claim, a history of payments made by the Trustee is attached to copies of this Notice sent to the Debtor and Creditor.

I certify that the information contained herein is true and correct to the best of my knowledge, information and reasonable belief.

Dated: June 28, 2022

Respectfully submitted,

/s/ Jack N. Zaharopoulos
Standing Chapter 13 Trustee
Suite A, 8125 Adams Drive
Hummelstown, PA 17036
Phone: (717) 566-6097
Fax: (717) 566-8313
eMail: info@pamd13trustee.com

Creditor Name:  PENNYMAC LOAN SERVICES, LLC
Court Claim Number:  09

```
  CLM #    CHECK #      DATE        PRIN PAID    INT PAID    TOTAL DISB

   5200    1203430    06/06/2019     $440.88      $0.00       $440.88
   5200    1204832    07/11/2019      $11.86      $0.00        $11.86
```

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF PENNSYLVANIA

Re:

MATTHEW LUPICO  Case No.: 5-18-03224-MJC
 Chapter 13

Debtor(s)

# CERTIFICATE OF SERVICE

I certify that I am more than 18 years of age and that on June 28, 2022, I served a copy of this Notice of Final Cure and History of Payments made on the following parties by 1st Class mail, from Hummelstown, PA unless served electronically.

| | |
|---|---|
| JASON P PROVINZANO, ESQUIRE<br>LAW OFFICES OF JASON P PROVINZANO LLC<br>16 W NORTHAMPTON STREET<br>WILKES-BARRE PA, 18701-1708 | SERVED ELECTRONICALLY |
| PENNYMAC LOAN SERVICING, LLC<br>6101 CONDOR DR<br>SUITE 200<br>MOORPARK, CA, 93021 | SERVED BY 1ST CLASS MAIL |
| MATTHEW LUPICO<br>221 COOLBAUGH MOUNTAIN RD<br>FALLS, PA 18615-7798 | SERVED BY 1ST CLASS MAIL |

I certify under penalty of perjury that the foregoing is true and correct.

Date: June 28, 2022

/s/ Liz Joyce
for Jack N. Zaharopoulos
Standing Chapter 13 Trustee
Suite A, 8125 Adams Drive
Hummelstown, PA 17036
Phone: (717) 566-6097
Fax: (717) 566-8313
eMail: info@pamd13trustee.com