United States Bankruptcy Court

Middle District of Pennsylvania

In re:  Case No. 18-03224-MJC
Matthew Lupico  Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0314-5     User: AutoDocke     Page 1 of 3
Date Rcvd: Jul 18, 2022     Form ID: 3180W     Total Noticed: 23

The following symbols are used throughout this certificate:
**Symbol**    **Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

\#    Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 20, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | # | Matthew Lupico, 221 Coolbaugh Mountain Rd, Falls, PA 18615-7798 |
| cr | + | PENNYMAC LOAN SERVICES, LLC, C/O POWERS, KIRN & ASSOCIATES, LLC, 8 NESHAMINY INTERPLEX DRIVE SUITE 215, TREVOSE, PA 19053-6980 |
| 5091333 | | Cardworks/spruce/viewt, 2600 Westown Pkwy, West Des Moines, IA 50266-7301 |
| 5091331 | | Law Offices of Jason P Provinzano LLC, 16 W Northampton St, Wilkes Barre, PA 18701-1708 |
| 5091330 | | Lupico Matthew, 221 Coolbaugh Mountain Rd, Falls, PA 18615-7798 |

TOTAL: 5

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 5091332 | | EDI: TSYS2 | Jul 18 2022 22:43:00 | Barclays Bank Delaware, PO Box 8803, Wilmington, DE 19899-8803 |
| 5091334 | | Email/Text: clientservices@credit-control.com | Jul 18 2022 18:46:00 | Central Loan Admin & R, 425 Phillips Blvd, Ewing, NJ 08618-1430 |
| 5117812 | + | EDI: CITICORP.COM | Jul 18 2022 22:43:00 | Citibank, N.A., Citibank, N.A., 701 East 60th Street North, Sioux Falls, SD 57104-0432 |
| 5091335 | | Email/Text: electronicbkydocs@nelnet.net | Jul 18 2022 18:46:00 | Dept of Education/Neln, 121 S 13th St, Lincoln, NE 68508-1904 |
| 5091336 | | Email/Text: camanagement@mtb.com | Jul 18 2022 18:46:00 | M & T Bank, 1 Fountain Plz, Buffalo, NY 14203-1420 |
| 5105507 | | Email/Text: camanagement@mtb.com | Jul 18 2022 18:46:00 | M&T Bank, PO Box 840, Buffalo, NY 14240 |
| 5111324 | | Email/Text: bkrgeneric@penfed.org | Jul 18 2022 18:46:00 | Pentagon Federal Credit Union, Bankruptcy Department, P.O. Box 1432, Alexandria, VA 22313 |
| 5109149 | | EDI: PRA.COM | Jul 18 2022 22:43:00 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 5091930 | + | EDI: RECOVERYCORP.COM | Jul 18 2022 22:43:00 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 5094306 | | EDI: PENNDEPTREV | Jul 18 2022 22:43:00 | Pennsylvania Department of Revenue, Bankruptcy Division P O Box 280946, Harrisburg PA 17128-0946 |
| 5094306 | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Jul 18 2022 18:46:00 | Pennsylvania Department of Revenue, Bankruptcy Division P O Box 280946, Harrisburg PA 17128-0946 |
| 5131479 | | Email/PDF: ebnotices@pnmac.com | Jul 18 2022 18:54:30 | PennyMac Loan Services, LLC, P.O. Box 660929, Dallas, TX 75266-0929, PennyMac Loan Services, LLC, P.O. Box 660929, Dallas, TX 75266-0929 |
| 5131478 | | Email/PDF: ebnotices@pnmac.com | Jul 18 2022 18:54:30 | PennyMac Loan Services, LLC, P.O. Box 660929, |

| Recip ID | | Notice Method | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | | Dallas, TX 75266-0929 |
| 5091337 | | Email/Text: bkrgeneric@penfed.org | Jul 18 2022 18:46:00 | Pentagon Federal Cr Un, PO Box 1432, Alexandria, VA 22313-1432 |
| 5091338 | | Email/Text: enotifications@santanderconsumerusa.com | Jul 18 2022 18:46:00 | Santander Consumer USA, PO Box 961245, Fort Worth, TX 76161-0244 |
| 5099407 | + | Email/Text: enotifications@santanderconsumerusa.com | Jul 18 2022 18:46:00 | Santander Consumer USA Inc., P.O. Box 560284, Dallas, TX 75356-0284 |
| 5091339 | | EDI: RMSC.COM | Jul 18 2022 22:43:00 | Syncb/Care Credit, C/o, PO Box 965036, Orlando, FL 32896-5036 |
| 5091340 | | EDI: CITICORP.COM | Jul 18 2022 22:43:00 | Thd/Cbna, PO Box 6497, Sioux Falls, SD 57117-6497 |
| 5095778 | + | Email/Text: electronicbkydocs@nelnet.net | Jul 18 2022 18:46:00 | US Department of Education c/o Nelnet, 121 South 13th Street, Suite 201, Lincoln, NE 68508-1911 |

TOTAL: 19

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 5117693 | | MORTGAGE RESEARCH CENTER, LLC, D/B/A VETERANS UNITED HOME LOANS,, A MISSOURI LIMITED LIABILITY COMPANY |
| cr | *+ | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |

TOTAL: 1 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 20, 2022      Signature:    /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 18, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Jack N Zaharopoulos (Trustee) | TWecf@pamd13trustee.com |
| James Warmbrodt | on behalf of Creditor M&T BANK bkgroup@kmllawgroup.com |
| Jason Paul Provinzano | on behalf of Debtor 1 Matthew Lupico MyLawyer@JPPLaw.com G17727@notify.cincompass.com |
| Jerome B Blank | on behalf of Creditor MORTGAGE RESEARCH CENTER Et.al. pamb@fedphe.com |
| Jill Manuel-Coughlin | on behalf of Creditor PENNYMAC LOAN SERVICES LLC bankruptcy@powerskirn.com |

Joseph J. Swartz
 on behalf of Creditor PA Dept of Revenue RA-occbankruptcy2@state.pa.us RA-occbankruptcy6@state.pa.us

Mario John Hanyon
 on behalf of Creditor MORTGAGE RESEARCH CENTER LLC ET. AL. pamb@fedphe.com, mario.hanyon@brockandscott.com

Thomas Song
 on behalf of Creditor PennyMac Loan Services LLC tomysong0@gmail.com

United States Trustee
 ustpregion03.ha.ecf@usdoj.gov

TOTAL: 9

| Information to identify the case: | | |
|---|---|---|
| Debtor 1 | Matthew Lupico<br>First Name    Middle Name    Last Name | Social Security number or ITIN  xxx–xx–7354<br>EIN  \_\_–_____ |
| Debtor 2<br>(Spouse, if filing) | First Name    Middle Name    Last Name | Social Security number or ITIN  \_\_\_\_<br>EIN  \_\_–_____ |
| United States Bankruptcy Court | Middle District of Pennsylvania | |
| Case number: | 5:18–bk–03224–MJC | |

# Order of Discharge 12/18

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

    Matthew Lupico

**By the court:**

7/18/22

*[signature]*

Mark J. Conway, United States Bankruptcy Judge

---

### Explanation of Bankruptcy Discharge in a Chapter 13 Case

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**
This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**
Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**
Examples of debts that are not discharged are:

♦ debts that are domestic support obligations;

♦ debts for most student loans;

♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2>**

- ♦ debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- ♦ debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

- ♦ some debts which the debtors did not properly list;

- ♦ debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- ♦ debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- ♦ debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- ♦ debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**