United States Bankruptcy Court
Middle District of Pennsylvania

In re:                                                                    Case No. 18-03224-MJC
Matthew Lupico                                                           Chapter 13
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0314-5                          User: AutoDocke                              Page 1 of 2
Date Rcvd: Sep 15, 2022                        Form ID: fnldec                       Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol         Definition**
#                Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable,
                 the notice recipient was advised to update its address with the court immediately.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 17, 2022:**

**Recip ID              Recipient Name and Address**
db                  #   Matthew Lupico, 221 Coolbaugh Mountain Rd, Falls, PA 18615-7798

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).
NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**
NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 17, 2022                    Signature:           /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 15, 2022 at the address(es) listed below:**

| Name | Email Address |
| --- | --- |
| Jack N Zaharopoulos (Trustee) | TWecf@pamd13trustee.com |
| James Warmbrodt | on behalf of Creditor M&T BANK bkgroup@kmllawgroup.com |
| Jason Paul Provinzano | on behalf of Debtor 1 Matthew Lupico MyLawyer@JPPLaw.com  G17727@notify.cincompass.com |
| Jerome B Blank | on behalf of Creditor MORTGAGE RESEARCH CENTER  Et.al. pamb@fedphe.com |
| Jill Manuel-Coughlin | on behalf of Creditor PENNYMAC LOAN SERVICES  LLC bankruptcy@powerskirn.com |
| Joseph J. Swartz | on behalf of Creditor PA Dept of Revenue RA-occbankruptcy2@state.pa.us  RA-occbankruptcy6@state.pa.us |

District/off: 0314-5

Date Rcvd: Sep 15, 2022

User: AutoDocke

Form ID: fnldec

Page 2 of 2

Total Noticed: 1

Mario John Hanyon

on behalf of Creditor MORTGAGE RESEARCH CENTER  LLC ET. AL. pamb@fedphe.com,
mario.hanyon@brockandscott.com

Thomas Song

on behalf of Creditor PennyMac Loan Services  LLC tomysong0@gmail.com

United States Trustee

ustpregion03.ha.ecf@usdoj.gov

TOTAL: 9

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re:

Matthew Lupico,                                    Chapter        13

**Debtor 1**

Case No.        5:18−bk−03224−MJC

Social Security No.:

xxx−xx−7354

Employer's Tax I.D. No.:

# FINAL DECREE

The estate of the above named debtor(s) has been fully administered and the deposit required by the plan has been distributed.

## IT IS ORDERED THAT:

**Jack N Zaharopoulos (Trustee)**

is discharged as trustee of the estate of the above named debtor(s); and the chapter 13 case of the above named debtor(s) is closed.

By the Court,

Mark J. Conway, United States Bankruptcy Judge

Dated:  September 15, 2022

**fnldec** (01/22)